FILED
CLERK, U.S. DISTRICT COURT
APR 15 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAUNO WAIDLA,<br><br>Petitioner,<br><br>v.<br><br>R.K. WONG, Warden, California State Prison at San Quentin,<br><br>Respondent. | CASE NO. CV 01-650 AG<br><br>ORDER TO SHOW CAUSE WHETHER PETITIONER'S APPLICATION FOR WRIT OF *HABEAS CORPUS AD PROSEQUENDUM* SHOULD BE GRANTED<br><br>**DEATH PENALTY CASE** |

On April 14, petitioner filed an application for writ of *habeas corpus ad prosequendum*. Petitioner is ordered to show cause why his presence at the evidentiary hearing commencing on May 5, 2009, is necessary. Petitioner shall file a response to the order to show cause no later than April 17, 2009. Respondent shall file a responsive pleading, if any, no later than April 21, 2009.

**IT IS SO ORDERED.**

Dated: April 15, 2009.

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE