JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

TAUNO WAIDLA,

        Petitioner,

   vs.

RON DAVIS, Warden, California State Prison at San Quentin,

        Respondent

Case No.: CV 01-0650 AG

JUDGMENT

IT IS HEREBY ORDERED, ADJUDGED, AND DECREEED that the First Amended Petition for Writ of Habeas Corpus filed on March 17, 2006 is GRANTED IN PART as follows:

Under 28 U.S.C. section 2254(d), Petitioner's claim of Ineffective Assistance of Counsel regarding the penalty phase of his trial is GRANTED. All other claims for relief are DENIED.

IT IS FURTHER ORDERED that within 120 days of the date of this order, the State of California shall either commence retrial of the penalty phase of Petitioner's case or convert his sentence to life in prison without the possibility of parole.

IT IS SO ORDERED.

Dated: December 19, 2017    _____

                                          ANDREW GUILFORD
                                UNITED STATES DISTRICT JUDGE