UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 10 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| TAUNO WAIDLA,<br><br>      Petitioner-Appellee,<br><br> v.<br><br>RON DAVIS,<br><br>      Respondent-Appellant. | No.   18-99001<br><br>D.C. No. 2:01-cv-00650-AG<br>Central District of California,<br>Los Angeles<br><br>ORDER |
| TAUNO WAIDLA,<br><br>      Petitioner-Appellant,<br><br> v.<br><br>RON DAVIS,<br><br>      Respondent-Appellee. | No.   18-99002<br><br>D.C. No. 2:01-cv-00650-AG<br>Central District of California,<br>Los Angeles |

Before:   THOMAS, Chief Judge, and PAEZ, Circuit Judge.

In Appeal No. 18-99002, Tauno Waidla's request for a certificate of appealability (Docket Entry No. 23) is granted with respect to the following issues: (1) whether Waidla's statements to law enforcement were admitted in violation of his Fifth Amendment right to counsel; (2) whether Waidla received ineffective assistance of counsel during the guilt phase, including whether counsel was ineffective (a) in connection with the motion to suppress Waidla's statements

to law enforcement, or (b) for advising Waidla to testify; and (3) whether the prosecutor committed misconduct by presenting fundamentally inconsistent factual theories at Waidla's and his co-defendant's trials. *See* 28 U.S.C. § 2253(c)(3); *see also* 9th Cir. R. 22-1(e).

The following briefing schedule governs these cross-appeals: The first cross-appeal brief is due April 16, 2020. The second cross-appeal brief is due June 15, 2020. The third cross-appeal brief is due August 14, 2020. The reply brief is due within 21 days after service of the third cross-appeal brief.

Counsel in this case may access the state lodged documents by logging into Appellate ECF and then choosing Reports > PACER Report.

The Clerk will serve on Waidla a copy of the "After Opening a Case - Counseled Cases" document.